IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CV-88-FL

| | | |
|---|---|---|
| JEANINE GENDREAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge William A. Webb, regarding the parties' cross-motions for judgment on the pleadings. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of Magistrate Judge William A. Webb as its own, and, for the reasons stated therein, plaintiff's motion is GRANTED and defendant's motion is DENIED. Pursuant to sentence four of 42 U.S.C. § 405(g), the defendant's final decision is REVERSED AND REMANDED to permit an administrative law judge to make specific findings of fact as set forth more particularly in the M&R. The clerk of court is directed to close the case.

SO ORDERED, this the 29th day of May, 2009.

_____
LOUISE W. FLANAGAN
Chief United States District Judge